

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00071-CR

Eric Daniel **AULD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B16861
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was originally due on May 12, 2022. After the due date, Appellant filed a first motion for a sixty-day extension of time to file the brief, which we granted. In doing so, we set the brief due on July 11, 2022, and we expressly cautioned Appellant that "any further motion for extension of time to file the brief may be disfavored."

On July 14, 2022, Appellant filed a second motion for a sixty-day extension of time to file the brief.

Appellant's motion is granted in part. Appellant's brief is due on August 10, 2022. **We strongly caution Appellant that any further motion for an extension of time to file the brief will be disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.



Michael A. Cruz,
Clerk of Court